Myrla Iran Garcia
The Law Office of Myrla Iran Garcia
State Bar No. 024817
P.O. Box 13403
Tucson, AZ 85732
Telephone: (520) 370-3354
email: myrlagarcia@hotmail.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR18-1101-TUC-RM(LCK) |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO CONTINUE PLEA DEADLINE AND TRIAL DATES |
| Luis Felipe Felix-Campos | |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) and (B)(iv), will occur as a result of this motion or an order based thereon.

Defendant, Luis Felipe Felix Campos, through counsel, requests a sixty days (60) continuance of the plea deadline set for July 20, 2018.  This request is based on the following:

1) Additional time is requested as further investigation and research is required in this case.

2) Assistant United States Attorney, Corey James Mantei, has been contacted and does not object to this request.

3) The ends of justice will be served by a continuance, and a miscarriage of justice will result if a continuance is denied.  18 U.S.C. § 3161 (h)(7)(B)(A)(iv).

| | |
|---|---|
| RESPECTFULLY SUBMITTED: | July 13, 2018. |
| | Myrla I. Garcia<br>Attorney for Defendant |
| | _/s/ Myrla I. Garcia_<br>Myrla Iran Garcia<br>Attorney for Defendant |

Copy delivered electronically this date to:
Corey James Mantei– Assistant United States Attorney